IN RE ADVISORY OPINION TO GOVERNOR.

Opinion Filed June 16, 1919.

When a new judicial circuit is created, the appointment of a judge for such circuit should be for a term equal to the unexpired term of the other Circuit Judges.

STATE OF FLORIDA,
EXECUTIVE CHAMBER,
Tallahassee, June 16, 1919.
To the Honorable Justices of the Supreme Court,
    Supreme Court Building,
        City.
Gentlemen:—

Enclosed please find letter from Hon. George W. Whitehurst, Judge of the Circuit Court of the 12th Judicial Circuit, Arcadia, in which he states he does not think his case is similar to that of Judge Donnell, which you decided some time in 1918, in which Judge Donnell received a commission for a term of four years rather than that of six, which Judge Whitehurst thinks the facts involved in his case entitle him to. You will note also in his letter to me that he asks that I request the Supreme Court to express an opinion upon this matter so that he may know exactly what the law is and may have the Secretary of State carry out same.

Will you kindly, therefore, give this matter your careful attention at once so that his case may be settled and the commission of Judge Whitehurst, when issued, may be issued in due and proper form.

Kindly return the enclosure for my files.

Thanking you and with best wishes for each and every member of the Supreme Court, I am,

Yours very truly,

SIDNEY J. CATTS,

Governor.

Arcadia, Florida, June 11th, 1919.

Honorable Sidney J. Catts,

    Governor of Florida,

        Tallahassee, Fla.

My Dear Governor:—

I am in receipt of a letter from Hon. H. Clay Crawford, Secretary of State, asking that I return my commission as Circuit Judge of the Twelfth Circuit, so that another may be issued for a four-year period instead of the present one, which is for a six-year term. Complying with his request, I am today forwarding my commission to him.

As reason for this correction I am referred to the advisory opinion of the Supreme Court given your Excellency as shown in Volume 80, page 519 Southern Reporter. This, as you will recall, involved the commission of the Honorable E. B. Donnell as Circuit Judge of the Fifteenth Circuit created in 1917. The facts in that case are not exactly the same as in the present case for this difference, viz: Judge Donnell was appointed after the adjournment of the Legislature, but his appointment was confirmed by the Senate at the Special Session in November, 1918. The Supreme Court says in the above cited opinion: "Therefore where an additional Circuit was created by the Legislature of 1917 (Laws 1917 c 7351) and after the adjournment of that session the appoint-

ment of a circuit judge for such additional circuit was made by the Governor under section 7 of Article 4 of the Constitution, and sections 298 and 301 of the General States 'until the end of the next ensuing session of the Senate unless an appointment be sooner made and confirmed and consented to by the Senate' and at the ensuing session convened in November, 1918, the appointment of the circuit judge is confirmed, the commission issued to the appointee after his confirmation by the Senate should be for a term of six years from the first appointment made and commission issued thereon by the Governor after the additional circuit was created in 1917; that being the time when by the regular cycle the six-year terms of the other circuit judges begin."

I have gone over this decision with several attorneys who are of the opinion that this case does not dispose of my case for the reason that I was appointed and confirmed by the Senate before a commission was issued.

In view of the uncertainty may I say that if it pleases Your Excellency to call upon the Supreme Court for an advisory opinion in my case, I would be very glad, as I do not wish to hold for any longer period than that fixed by law. I am uncertain as to the proper course on this question and would be glad for the Supreme Court to decide it.

With best wishes and kindest personal regards, I am,

Very Sincerely Yours,

GEO. W. WHITEHURST.

Tallahassee, Florida, June 16th, 1919.

To His Excellency,

Sidney J. Catts,

Governor.

Sir :—

Your inquiry of this date is received.

Under the provisions of the Constitution that "the legislature may provide for the creation and establishment of such additional Judicial Circuits as may from time to time become necessary, and for the appointment by the Governor and confirmation by the Senate of additional Circuit Judges therefor, whose terms of office and general jurisdiction shall be the same as is herein provided for the Circuit Judges herein already provided for," Sec. 35, Art V as amended, and, that "a judge for the additional Circuit shall be appointed for a term equal to the unexpired term of the other Circuit Judges," Sec. 8, Art. V as amended; you are advised that the Circuit Judge appointed and confirmed for the additional Circuit created and established at the regular session of the legislature in 1919 should be commissioned for a period of four years, that being "a term equal to the unexpired term of the other Circuit Judges." Advisory Opinion to Governor, 80 South. Rep. 519.

Very respectfully,

JEFFN. B. BROWNE,

Chief Justice.

R. F. TAYLOR,

J. B. WHITFIELD,

W. H. ELLIS,

T. F. WEST,

Justices.